## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS (E.D., CHICAGO)

| | | |
|---|---|---|
| **In Re:** | ) | |
| | ) | **Bankruptcy Case No. 11-12584** |
| **MICHELE A. GLENN,** | ) | **Chapter 7 (No Assets)** |
| | ) | |
| **Debtor.** | ) | **Honorable Judge Timothy A. Barnes** |
| | ) | |
| | ) | |
| **BRIAN T. SULLIVAN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Adversary Case No. 11-01455 (Lead Case)** |
| | ) | **Consolidated With** |
| | ) | **Adversary Case No. 13-00687** |
| **v.** | ) | |
| | ) | |
| **MICHELE A. GLENN,** | ) | |
| | ) | |
| **Defendant.** | ) | |

### PLAINTIFF BRIAN T. SULLIVAN'S

### NOTICE OF APPEAL

Plaintiff and Creditor Brian T. Sullivan appeals under 28 U.S.C. §158(a) from the final

judgments and related "Order[s]" issued by bankruptcy court judge Timothy A. Barnes that were

entered on November 15, 2013 in this adversary matter and also in the adversary matter of Brian

T. Sullivan v. Michael R. Glenn, Jr., Case No. 13-AP-00687.  Both of these cases were combined

and tried together, and were subsequently consolidated for all purposes by order of this court on

December 11, 2013.  This court also designated the matter of Brian T. Sullivan v. Michele A.

Glenn, Case No. 11-AP-01455, as the lead case in the consolidation, and instructed that all

filings with respect to either of the consolidated cases be filed in the lead case docket.

The names of all parties to these judgments and orders that Sullivan appeals from, and the

names, addresses, and telephone numbers of their respective attorneys are as follows:

**Plaintiff-Appellant (appearing pro se and with co-counsel):**

Brian T. Sullivan
919 W. George St., Apt. 3E
Chicago, IL 60657-5030
(773)327-7860

**Co-counsel for Plaintiff-Appellant:**

David H. Latham
150 North Wacker Drive, Suite 1400
Chicago, IL 60606
(312)782-1910

**Defendants-Appellees:**

Michele A. Glenn (Defendant in Adversary Case No. 11-AP-01455)
11214 Plattner Dr.
Mokena, IL 60448

Michael R. Glenn Jr. (Defendant in Adversary Case No. 13-AP-00687)
11214 Plattner Dr.
Mokena, IL 60448

Michael & Michele Glenn (Alternate Mailing Address)
PO Box 988
Mokena, IL 60448-0988

**Counsel for Defendants-Appellees:**

Chester H. Foster, Jr.
Foster Legal Services, PLLC
3825 W. 192nd St.
Homewood, IL 60430
(708) 799-6300

                                        BRIAN T. SULLIVAN, Plaintiff & Appellant

 Date:  December 18, 2013              By: /s/ Brian T. Sullivan
                                          Brian T. Sullivan, Esq., Pro Se
                                          919 W. George St., Apt. 3E
                                          Chicago, IL 60657-5030
                                          Phone: 773-327-7860
                                          E-Mail:  brian@sullivancompanies.com

## CERTIFICATE OF SERVICE

I, Brian T. Sullivan, on my own behalf in this proceeding, hereby state and certify that on December 18, 2013, I served by filing into the court's CM/ECF system a true and correct copy of PLAINTIFF BRIAN T. SULLIVAN'S NOTICE OF APPEAL upon the following:

Chester H. Foster, Jr.,
Foster Legal Services, PLLC
3825 W. 192nd Street
Homewood, IL 60430
*Attorney for Debtors/Defendants/Appellees*

Date:  December 18, 2013                   /s/ Brian T. Sullivan

 Brian T. Sullivan, Esq., Pro Se
919 W. George St., Apt. 3E
Chicago, IL 60657-5030
Phone: 773-327-7860
E-Mail:  brian@sullivancompanies.com

JS 44 (Rev. 3/13) **CIVIL COVER SHEET** Civil
Cover Sheet Page 1 of 2

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

---

**I. (a) PLAINTIFFS**

Brian T. Sullivan

**DEFENDANTS**

Michele A. Glenn & Michael R. Glenn, Jr.

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant Will County, Illinois
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Brian T. Sullivan, Esq., Pro Se
919 W. George St., Apt. 3E, Chicago, IL 60657-5030
(773)327-7860

Attorneys *(If Known)*

Chester H. Foster, Jr.
Foster Legal Services, PLLC
3825 W. 192nd St., Homewood, IL 60430, (708)799-6300

---

**II. BASIS OF JURISDICTION** *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ✓ 3 Federal Question *(U.S. Government Not a Party)*
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

**III. CITIZENSHIP OF PRINCIPAL PARTIES** *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | 1 | 1 | Incorporated *or* Principal Place of Business In This State | 4 | 4 |
| Citizen of Another State | 2 | 2 | Incorporated *and* Principal Place of Business In Another State | 5 | 5 |
| Citizen or Subject of a Foreign Country | 3 | 3 | Foreign Nation | 6 | 6 |

---

**IV. NATURE OF SUIT** *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ■ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ | | | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | Pharmaceutical Personal Injury | | | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | Product Liability | | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | **SOCIAL SECURITY** | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 862 Black Lung (923) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 790 Other Labor Litigation | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| | | | ☐ 791 Employee Retirement Income Security Act | ☐ 864 SSID Title XVI | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | ☐ 510 Motions to Vacate Sentence | | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 535 Death Penalty | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities Employment | ☐ 540 Mandamus & Other | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities Other | ☐ 550 Civil Rights | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 555 Prison Condition | ☐ 463 Habeas Corpus - Alien Detainee (Prisoner Petition) | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | ☐ 465 Other Immigration Actions | | |

---

**V. ORIGIN** *(Place an "X" in One Box Only)*

- ☑ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation

---

**VI. CAUSE OF ACTION** (Enter U.S. Civil Statute under which you are filing and write a brief statement of cause.)

11 U.S.C. § 523(a)(2)(A), Dischargeability of a Debt

**VII. Previous Bankruptcy Matters** (For nature of suit 422 and 423, enter the case number and judge for any associated bankruptcy matter previously adjudicated by a judge of this Court. Use a separate attachment if necessary.

See Attachment.

---

**VIII. REQUESTED IN COMPLAINT:**
- ☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

DEMAND $
That a Debt Not Be Discharged

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☐ Yes ☑ No

---

**IX. RELATED CASE(S) IF ANY**
*(See instructions):*

JUDGE Timothy A. Barnes (Bankr.Ct.) DOCKET NUMBER 13-ap-00687 (see Attachment)

**X. This case** (check one box) ☑ **Is not a refiling of a previously dismissed action** ☐ is a refiling of case number _____ previously dismissed by Judge _____

---

**DATE** December 18, 2013

**SIGNATURE OF ATTORNEY OF RECORD** /s/ Brian T. Sullivan, Esq., Pro Se

## Attachment to Civil Cover Sheet
(Form js44-05)

### VII. Previous Bankruptcy Matters

This appeal is being filed in the adversary matter of <u>Brian T. Sullivan v. Michele A. Glenn</u>, Case No. 11-ap-01455, which was previously combined and tried together with the adversary matter <u>Brian T. Sullivan v. Michael R. Glenn, Jr.</u>, Case No. 13-ap-00687, on July 15-18, 2013.  Judge Timothy A. Barnes presided at trial and issued a single, final judgment resolving both adversaries on November 15, 2013.

After trial and judgment, both adversary cases were consolidated for all purposes on December 11, 2013.   The bankruptcy court designated <u>Brian T. Sullivan v. Michele A. Glenn,</u> Case No. 11-ap-01455, as the lead case in the consolidation and directed that all future filings related to either of the consolidated cases be filed in the lead case docket.  This appeal therefore relates to both adversary matters.

<u>In Re Michele A. Glenn</u>, Case No. 11-bk-12584, is the related bankruptcy matter for <u>Brian T. Sullivan v. Michele A. Glenn</u>, Case No. 11-ap-01455.  This bankruptcy matter was closed on November 19, 2013.

<u>In Re Michael R. Glenn</u>, Jr., Case No. 13-bk-13374, is the related bankruptcy matter for <u>Brian T. Sullivan v. Michael R. Glenn, Jr.</u>, Case No. 13-ap-00687.  This bankruptcy matter was closed on November 19, 2013.

Michael and Michele Glenn are husband and wife.

### IX. Related Cases If Any

See discussion above.

Page 1 of 1

Case 1:14-cv-00329 Document #: 2 Filed: 01/17/14 Page 6 of 49 PageID #:6
Case 11-01455 Doc 204 Filed 01/02/14 Entered 01/02/14 Page 1 of 11

Document     Page 1 of 11

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS (E.D., CHICAGO)

| | | |
|---|---|---|
| **In Re:** | ) | |
| | ) | **Bankruptcy Case No. 11-12584** |
| **MICHELE A. GLENN,** | ) | **Chapter 7 (No Assets)** |
| | ) | |
| **Debtor.** | ) | **Honorable Judge Timothy A. Barnes** |
| | ) | |

| | | |
|---|---|---|
| | ) | |
| **BRIAN T. SULLIVAN,** | ) | |
| | ) | |
| **Plaintiff & Appellant,** | ) | **Adversary Case No. 11-01455 (Lead Case)** |
| | ) | **consolidated with** |
| **v.** | ) | **Adversary Case No. 13-00687** |
| | ) | |
| **MICHELE A. GLENN and** | ) | |
| **MICHAEL R. GLENN, JR.,** | ) | |
| | ) | |
| **Defendants & Appellees.** | ) | |

## PLAINTIFF-APPELLANT BRIAN T. SULLIVAN'S
## DESIGNATION OF THE RECORD & STATEMENT OF ISSUES ON APPEAL

On December 11, 2013, the court consolidated, for all purposes, the adversary matters of

Brian T. Sullivan v. Michele A. Glenn, Case No. 11-ap-01455, and Brian T. Sullivan v. Michael

R. Glenn, Jr., Case No. 13-ap-00687, and designated the former adversary matter as the lead case

in this consolidation.  The court further directed the parties to file all future court documents on

the docket for the lead case.  On December 18, 2013, Plaintiff-Appellant Brian T. Sullivan filed

his notice of appeal in this consolidated matter appealing the court's judgments in both

constituent adversary matters.

### DESIGNATION OF THE RECORD ON APPEAL

Pursuant to Fed. R. Bankr. P. 8006, Sullivan designates the following docket entry items

and the documents they contain, along with any other documents described below, from the

Case 1:14-cv-00329 Document 1-02 Filed 01/17/14 Page 7 of 19 PageID #: 7
Case 11-ap-01455 Doc 94 Filed 01/02/14 Entered 01/02/14 Page 2 of 11
Document     Page 2 of 11

respective case files also indicated below, as the record on appeal for this consolidated adversary

matter:

**Docket Entry Items & Other Documents from
Case No. 11-ap-01455, <u>Brian T. Sullivan v. Michele A. Glenn</u>:**

| <u>Docket No.</u> | <u>Date Filed</u> | <u>Description of Docket Item (or Other Documents)</u> |
|---|---|---|
| 1 | 07/06/2011 | Adversary Complaint filed by Brian T. Sullivan against Michele A. Glenn alleging debt nondischargeable pursuant to 11 U.S.C. 523(a)(2)(A). |
| 3 | 07/06/2011 | Court receipt of Complaint. |
| 4 | 07/08/2011 | Summons Service Executed on Michele Glenn. |
| 12 | 08/26/2011 | Michele Glenn's Answer to Complaint. |
| 21 | 05/14/2012 | Order reassigning adversary case to Judge Timothy A. Barnes. |
| 31 | 12/01/2012 | Defendant Michele Glenn's Motion for Summary Judgment. |
| 32 | 12/01/2012 | Defendant Michele Glenn's Statement of Undisputed Material Facts in support of her Motion for Summary Judgment. |
| 35 | 12/01/2012 | Defendant Michele Glenn's Memorandum in support of her Motion for Summary Judgment with supporting exhibits. |
| 37 | 12/01/2012 | Plaintiff Brian T. Sullivan's Motion for Partial Summary Judgment and supporting Statement of Material Facts Not in Dispute, Memorandum of Law, and exhibits. |
| 49 | 01/11/2013 | Defendant Michele Glenn's Amended Statement of Undisputed Material Facts in support of her Motion for Summary Judgment. |
| 51 | 01/20/2013 | Defendant Michele Glenn's Response to Plaintiff Brian T. Sullivan's Motion for Partial Summary Judgment. |
| 53 | 01/20/2013 | Defendant Michele Glenn's Statement of Material Facts Not in Dispute in Response to Plaintiff Brian T. Sullivan's Motion for Partial Summary Judgment including supporting exhibits. |

2

| Docket No. | Date Filed | Description of Docket Item (or Other Documents) |
|---|---|---|
| 56 | 01/20/2013 | Plaintiff Brian T. Sullivan's Response to Defendant Michele Glenn's Motion for Summary Judgment including Memorandum of Law, Statement of Material Facts Not In Dispute, and supporting exhibits. |
| 57 | 01/21/2013 | Plaintiff Brian T. Sullivan's supplementary exhibits in support if his Response to Defendant Michele Glenn's Motion for Summary Judgment. |
| 60 | 02/10/2013 | Brian T. Sullivan's Reply to his Motion for Partial Summary Judgment. |
| 61 | 02/10/2013 | Defendant Michele Glenn's L.R. 7056-2 Response to Plaintiff Brian T. Sullivan's L.R. 7056-2 Statement of Additional Material Facts Not in Dispute Supporting his Opposition to Defendant Michele Glenn's Motion for Summary Judgment. |
| 63 | 02/10/2013 | Defendant Michele Glenn's Reply to her Motion for Summary Judgment along with Motion to Exceed Page limit for briefs. |
| 69 | 04/24/2013 | Court Order denying Plaintiff Brian T. Sullivan's Motion for Partial Summary Judgment. |
| 70 | 04/24/2013 | Court Order denying Defendant Michele Glenn's Motion for Summary Judgment with associated Memorandum discussing both this order and the court's order denying Plaintiff Brian T. Sullivan's Motion for Partial Summary Judgment (Docket #69). |
| 75 | 05/28/2013 | Defendant Michele Glenn's Motion to Consolidate for Trial Case No. 11-ap-01455, Brian T. Sullivan v. Michele A. Glenn, with Case No. 13-ap-00687, Brian T. Sullivan v. Michael R. Glenn, Jr. |
| 76 | 05/29/2013 | Order Granting Motion to Consolidate Cases for Trial. |
| 79 | 07/03/2013 | Joint Pretrial Statement of Plaintiff Brian T. Sullivan and Defendants Michele and Michael Glenn. |
| 81 | 07/09/2013 | Defendant Michele Glenn's Motion to Amend Pretrial Statement. |
| 83 | 07/11/2013 | Plaintiff Brian T. Sullivan's Response opposing Defendant Michele Glenn's Motion to Amend Pretrial Statement. |
| 84 | 07/15/2013 | Order Granting Defendant Michele Glenn's Motion to Amend Pretrial Statement. |

| Docket No. | Date Filed | Description of Docket Item (or Other Documents) |
|---|---|---|
| 88 | 08/08/2013 | Defendants' Michele and Michael Glenn's Proposed Findings of Fact (Post-Trial). |
| 89 | 08/09/2013 | Plaintiff Brian T. Sullivan's Proposed Findings of Fact (Post-Trial). |
| 91 | 11/15/2013 | Post-Trial Judgment Order. |
| 92 | 11/15/2013 | Memorandum Decision Opinion. |
| 96 | 11/22/2013 | Plaintiff Brian T. Sullivan's Amended Motion to Extend Time to Appeal. |
| 98 | 11/26/2013 | Order Granting Plaintiff Brian T. Sullivan's Amended Motion to Extend Time to Appeal. |
| 99 | 12/08/2013 | Motion to Consolidate, for all purposes, Case No. 11-ap-01455, Brian T. Sullivan v. Michele A. Glenn (Lead Case), with Case No. 13-ap-00687, Brian T. Sullivan v. Michael R. Glenn, Jr. (Member Case). |
| 100 | 12/11/2013 | Order Granting Motion to Consolidate Cases for all purposes. |
| 101 | 12/18/2013 | Plaintiff Brian T. Sullivan's Notice of Appeal to District Court. |
| 102 | 12/18/2013 | Court Receipt of Plaintiff Brian T. Sullivan's Notice of Appeal to District Court. |
| 103 | 12/19/2013 | Notice of Filing of Plaintiff Brian T. Sullivan's Notice of Appeal to District Court sent to bankruptcy judge and parties on Service List. |
| N/A | Presented at Trial July 15-18, 2013 | Plaintiff Brian T. Sullivan's Trial Exhibit Nos. 1 through 63, inclusive. (All of these trial exhibits were admitted into evidence at trial) |
| N/A | Presented at Trial July 15-18, 2013 | Defendants Michele A. Glenn's and Michael R. Glenn's Trial Exhibit Nos. 1, 2, 7-17. (These constitute all of Defendants' trial exhibits that were admitted into evidence at trial and exclude those of Defendants' trial exhibits not admitted into evidence (Trial Exhibit Nos. 3-6)) |

| Docket No. | Date Filed | Description of Docket Item (or Other Documents) |
|---|---|---|
| Pending | Pending | Trial Transcripts for the entire trial proceedings conducted July 15-18, 2013. Plaintiff ordered the transcripts on November 19, 2013 from the court reporter and as of December 31, 2013, the court reporter Jackie DeFini has informed Sullivan that they are finished. In accordance with local court procedure, the court reporter will file the trial transcripts in the CM/ECF system on the docket for this case. |

### Docket Entry Items & Other Documents from
### Case No. 13-ap-00687, Brian T. Sullivan v. Michael R. Glenn, Jr.:

| Docket No. | Date Filed | Description of Docket Item (or Other Documents) |
|---|---|---|
| 1 | 05/10/2013 | Adversary Complaint filed by Brian T. Sullivan against Michael R. Glenn, Jr. alleging debt nondischargeable pursuant to 11 U.S.C. 523(a)(2)(A). |
| 2 | 05/10/2013 | Summons Issued on Michael R Glenn, Jr. |
| 3 | 05/10/2013 | Court receipt of Complaint. |
| 5 | 05/15/2013 | Michael Glenn's Answer to Complaint. |
| 8 | 05/16/2013 | Summons Service Executed on Michael R Glenn, Jr. |
| 10 | 05/24/2013 | Defendant Michael Glenn's Motion to Consolidate for Trial Case No. 11-ap-01455, Brian T. Sullivan v. Michele A. Glenn, with Case No. 13-ap-00687, Brian T. Sullivan v. Michael R. Glenn, Jr. |
| 11 | 05/24/2013 | Order Reassigning Case to Judge Timothy A. Barnes. |
| 15 | 05/29/2013 | Order Granting Motion to Consolidate and Simultaneously try Cases for Trial. |
| 16 | 07/09/2013 | Defendant Michael Glenn's Motion to Amend Pretrial Statement. |
| 18 | 08/08/2013 | Defendants' Michele and Michael Glenn's Proposed Findings of Fact (Post-Trial). |
| 20 | 08/09/2013 | Plaintiff Brian T. Sullivan's Proposed Findings of Fact (Post-Trial). |
| 21 | 11/15/2013 | Post-Trial Judgment Order. |

Case 1:14-cv-00829 Document #: 1 Filed: 01/17/14 Page 11 of 49 PageID #:11
Case 1:14-cv-00829 Document #: 1 Filed: 01/17/14 Page 11 of 49 PageID #:11
Document     Page 6 of 11

| Docket No. | Date Filed | Description of Docket Item (or Other Documents) |
|---|---|---|
| 22 | 11/15/2013 | Memorandum Decision Opinion. |
| 26 | 11/22/2013 | Plaintiff Brian T. Sullivan's Amended Motion to Extend Time to Appeal. |
| 28 | 11/25/2013 | Order Granting Plaintiff Brian T. Sullivan's Amended Motion to Extend Time to Appeal. |
| 29 | 12/08/2013 | Motion to Consolidate, for all purposes, Case No. 11-ap-01455, Brian T. Sullivan v. Michele A. Glenn (Lead Case), with Case No. 13-ap-00687, Brian T. Sullivan v. Michael R. Glenn, Jr. (Member Case). |
| 30 | 12/11/2013 | Order Granting Motion to Consolidate Cases for all purposes. |
| 31 | 12/18/2013 | Notice of Filing of Plaintiff Brian T. Sullivan's Notice of Appeal to District Court. |

**Docket Entry Items & Other Documents from
Case No. 11-bk-12584, In Re Michele A. Glenn:**

| Docket No. | Date Filed | Description of Docket Item (or Other Documents) |
|---|---|---|
| 1 | 03/27/2011 | Chapter 7 Voluntary Petition for Bankruptcy filed by Michele A. Glenn. |
| 16 | 05/12/2011 | Amended Schedule B – Personal Property |
| 17 | 05/12/2011 | Amended Schedule C – Property Claimed as Exempt |
| 18 | 05/13/2011 | Amended Schedule E – Creditors Holding Unsecured Priority Claims |
| 28 | 07/06/2011 | Adversary Complaint filed by Brian T. Sullivan against Michele A. Glenn alleging debt nondischargeable pursuant to 11 U.S.C. 523(a)(2)(A). |
| 32 | 08/03/2011 | Bankruptcy Case Closed and Trustee Discharged. |

Case 4:14-cv-00829 Document 4-1 Filed: 04/02/14 Page 12 of 49 PageID #: 12
Case 4:14-cv-00829 Document 4 Filed: 01/17/14 Page 7 of 11 PageID #: 12
Document     Page 7 of 11

**Docket Entry Items & Other Documents from**
**Case No. 13-bk-12584, <u>In Re Michael R. Glenn, Jr.</u>:**

| <u>Docket No.</u> | <u>Date Filed</u> | <u>Description of Docket Item (or Other Documents)</u> |
|---|---|---|
| 1 | 03/31/2013 | Chapter 7 Voluntary Petition for Bankruptcy filed by Michael R. Glenn, Jr. |
| 10 | 04/14/2013 | Summary of Bankruptcy Schedules. |
| 11 | 04/14/2013 | Schedules A, B, C, D, E, F, G, H, I, and J. |
| 12 | 04/14/2013 | Statement of Financial Affairs. |
| 17 | 05/02/2013 | Amended Statement of Financial Affairs. |
| 20 | 05/10/2013 | Adversary Complaint filed by Brian T. Sullivan against Michael R. Glenn, Jr. alleging debt nondischargeable pursuant to 11 U.S.C. 523(a)(2)(A). |
| 23 | 05/24/2013 | Order Granting Motion to Transfer Case to Chief Bankruptcy Judge for Reassignment to Another Judge. |
| 33 | 07/17/2013 | Bankruptcy Case Closed and Trustee Discharged. |

## STATEMENT OF ISSUES TO BE PRESENTED ON APPEAL

At issue in this consolidated adversary matter is the dischargeability of a $250,000 loan made by Plaintiff-Appellant Brian T. Sullivan ("Sullivan") to Defendants-Appellees Michael and Michele Glenn (the "Glenns") in 2007. This loan has been referred to by the parties throughout these proceedings as the "Glenn Loan" except that in the court's post-trial Memorandum Decision rendered on November 15, 2013, the court for some unknown reason decided instead to refer to it as the "Sullivan Loan." Sullivan will continue to refer to this loan here as the "Glenn Loan."

After a four-day trial in July, 2013, this bankruptcy court found the Glenn Loan

Case 4:11-cv-00829 Document 1 Filed: 01/17/14 Page 143 of 49 Page ID #: 13
Case 4:11-cv-00829 Document 1 Filed 04/02/14 Entered 04/02/14 Page 13 of 49 Page Dest 13
Document       Page 8 of 11

nondischargeable as to both of the Glenns.  Pursuant to Fed. R. Bankr. P. 8006, Plaintiff-

Appellant Brian T. Sullivan states that he seeks appellate review of the following issues:

1.  Whether the Bankruptcy Court erred in finding facts and making conclusions of law in

    this adversary matter that are contrary to those that the court previously found and made

    in the matter of <u>Brian T. Sullivan v. Karen Chung</u>, Case No. 08-ap-00739 (the "Chung

    Adversary") because such findings here are precluded by the principal of collateral

    estoppel.   In particular, was the Bankruptcy Court collaterally estopped from finding that

    neither of Karen Chung or Adrian Lopez were Michael Glenn's agents in procuring the

    Glenn Loan because the court in the Chung Adversary previously determined that Chung

    and Lopez were in fact acting on behalf of Michael Glenn when they fraudulently

    procured the loan from Sullivan for the Glenns' benefit?  In addition, was the Bankruptcy

    Court collaterally estopped from finding that Michael Glenn represented to Sullivan that

    the proceeds of the Glenn Loan would be used for various general and unspecified

    purposes because the court previously found in the Chung Adversary that the primary and

    specific purpose for the loan was to fund urgent asphalt and grading work that needed to

    be completed at one of Glenn's property development sites in the upcoming few weeks?

    And did the Bankruptcy Court further err in failing to make the following findings:  (a)

    that the Glenn Loan proceeds were not in fact intended for this purpose, and (b) that

    Michael Glenn intentionally misrepresented this fact to Sullivan with the intent to deceive

    him, and (c) that Sullivan reasonably and justifiably relied on Glenn's false

    representations about the intended uses of the loan proceeds when he made the Glenn

    Loan?

8

Case 1:14-cv-00829 Document #: 1-4 Filed: 01/17/14 Page 14 of 19 PageID #:14
Case 1:14-cv-00829 Document #: 1-4 Filed: 01/17/14 Page 14 of 19 PageID #:14
Document      Page 9 of 11

2. Whether the Bankruptcy Court erred in finding the Glenn Loan dischargeable as to the Glenns pursuant to 11 U.S.C. §523(a)(2)(A) because this debt was in fact obtained by fraud, the fraud of Karen Chung, Adrian Lopez, or both of them.

3. Whether the Bankruptcy Court erred in finding the Glenn Loan dischargeable as to the Glenns pursuant to 11 U.S.C. §523(a)(2)(A) because this debt was in fact obtained by fraud, the fraud of Karen Chung, Adrian Lopez, or both of them, who were acting as agents of Michael Glenn when they obtained the Glenn Loan from Sullivan for the Glenns' benefit.

4. Whether the Bankruptcy Court erred in finding that neither Karen Chung nor Adrian Lopez were agents of Michael Glenn when they fraudulently obtained the Glenn Loan from Sullivan for the Glenns' benefit.

5. Whether the Bankruptcy Court erred in finding the Glenn Loan dischargeable as to the Glenns pursuant to 11 U.S.C. §523(a)(2)(A) because this debt was in fact obtained by fraud, the fraud of Michael Glenn.

6. Whether the Bankruptcy Court erred in finding the Glenn Loan dischargeable as to the Glenns pursuant to 11 U.S.C. §523(a)(2)(A) because this debt was in fact obtained by fraud, the fraud of Michael Glenn, who was acting as an agent or partner of Michele Glenn when he obtained the Glenn Loan from Sullivan.

7. Whether the Bankruptcy Court erred in failing to make findings that Michael Glenn was either a partner or an agent of Michele Glenn, or both, in obtaining the Glenn Loan from Sullivan.

9

8. Whether the Bankruptcy Court erred in finding that Michael Glenn himself committed no fraud directly in obtaining the Glenn Loan from Sullivan.

9. Whether the Bankruptcy Court erred in holding as a matter of law that in order to establish that a debt is nondischargeable pursuant to 11 U.S.C. §523(a)(2)(A), the fraud used to obtain the debt must be fraud committed directly by the debtor, or by the debtor's partner or agent, and may not be fraud committed solely by another party such as a co-debtor who was neither a partner nor agent of the debtor.

10. Whether the Bankruptcy Court erred in dismissing Counts II and III of Sullivan's Complaint against Michele Glenn pursuant to Fed. R. Bankr. P. 7012(b) and Fed. R. Civ. P. 12(b)(6) because Sullivan did in fact adequately plead claims in those Counts for which relief may be granted.

BRIAN T. SULLIVAN, Plaintiff & Appellant

Date: January 2, 2014

By: /s/ Brian T. Sullivan

Brian T. Sullivan, Esq., Pro Se
919 W. George St., Apt. 3E
Chicago, IL 60657-5030
Phone: 773-327-7860
E-Mail: brian@sullivancompanies.com

10

## CERTIFICATE OF SERVICE

I, Brian T. Sullivan, on my own behalf in this proceeding, hereby state and certify that on January 2, 2014, I served by filing into the court's CM/ECF system a true and correct copy of PLAINTIFF-APPELLANT BRIAN T. SULLIVAN'S DESIGNATION OF THE RECORD & STATEMENT OF ISSUES ON APPEAL upon the following:

Chester H. Foster, Jr.,
Foster Legal Services, PLLC
3825 W. 192nd Street
Homewood, IL 60430
*Attorney for Debtors-Defendants-Appellees*

BRIAN T. SULLIVAN, Plaintiff & Appellant

Date:  January 2, 2014

/s/ Brian T. Sullivan
Brian T. Sullivan, Esq., Pro Se
919 W. George St., Apt. 3E
Chicago, IL 60657-5030
Phone: 773-327-7860
E-Mail:  brian@sullivancompanies.com

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS (E.D., CHICAGO)

| | | |
|---|---|---|
| **In Re:** | ) | |
| | ) | **Bankruptcy Case No. 11-12584** |
| **MICHELE A. GLENN,** | ) | **Chapter 7 (No Assets)** |
| | ) | |
| Debtor. | ) | **Honorable Judge Timothy A. Barnes** |
| | ) | |
| | ) | |
| **BRIAN T. SULLIVAN,** | ) | |
| | ) | |
| Plaintiff & Appellant, | ) | **Adversary Case No. 11-01455 (Lead Case)** |
| | ) | **consolidated with** |
| v. | ) | **Adversary Case No. 13-00687** |
| | ) | |
| **MICHELE A. GLENN and** | ) | |
| **MICHAEL R. GLENN, JR.,** | ) | |
| | ) | |
| Defendants & Appellees. | ) | |

## PLAINTIFF-APPELLANT BRIAN T. SULLIVAN'S
## CORRECTION TO DESIGNATION OF THE RECORD ON APPEAL

On January 2, 2014, Plaintiff-Appellant timely filed his Designation of the Record and

Statement of Issues on Appeal in this consolidated matter (Docket# 104). On page 7 of that

document, beginning at the top of the page, Sullivan designated certain docket items from the

Chapter 7 bankruptcy matter of <u>In Re, Michael R. Glenn, Jr</u>. to be included in the record for his

appeal. Although Sullivan indicated the correct name of the case that he was referring to, he

mistakenly indicated the wrong case number. The correct case no. for this case should read **"13-**

**bk-13374"** and <u>not</u> "13-bk-12584" (the last five digits were inadvertently transposed from

another case no. involving one of the defendants).

2

BRIAN T. SULLIVAN, Plaintiff & Appellant

Date:  January 15, 2014                    By: /s/ Brian T. Sullivan
                                                Brian T. Sullivan, Esq., Pro Se
                                                919 W. George St., Apt. 3E
                                                Chicago, IL 60657-5030
                                                Phone: 773-327-7860
                                                E-Mail:  brian@sullivancompanies.com

## CERTIFICATE OF SERVICE

    I, Brian T. Sullivan, on my own behalf in this proceeding, hereby state and certify that on January 15, 2014, I served by filing into the court's CM/ECF system a true and correct copy of PLAINTIFF-APPELLANT BRIAN T. SULLIVAN'S CORRECTION TO DESIGNATION OF THE RECORD ON APPEAL upon the following:

Chester H. Foster, Jr.,
Foster Legal Services, PLLC
3825 W. 192nd Street
Homewood, IL 60430
*Attorney for Debtors-Defendants-Appellees*


BRIAN T. SULLIVAN, Plaintiff & Appellant


Date:  January 15, 2014

/s/ Brian T. Sullivan
Brian T. Sullivan, Esq., Pro Se
919 W. George St., Apt. 3E
Chicago, IL 60657-5030
Phone: 773-327-7860
E-Mail:  brian@sullivancompanies.com